MAY 15 2008

**RECEIVED**

MAY 15 2008 ~

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_Rodney Arnold_

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV2834
JUDGE ANDERSEN
MAG. JUDGE KEYS

vs.

_Kelly Christl_
_Debra White_
_Office of The –_
_Public Defender_

Case 1
(To be supplied by the <u>Clerk of this Court</u>)

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: _Rodney Arnold_

B.    List all aliases: _____

C.    Prisoner identification number: _20060060883_

D.    Place of present confinement: _Cook County D.O.C._

E.    Address: _2600 So California Ave Po. Box 089002 Chicago Ill 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: _Kelly Christ_

Title: _Assistant Public Defender_

Place of Employment: _2650 So California Chicago Ill 60608_

B.    Defendant: _Debra White_

Title: _Supervisor_

Place of Employment: _2650 So California Chicago Ill 60608_

C.    Defendant: _Public Defender_

Title: _Office_

Place of Employment: _2650 So California Chicago Ill 711_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____

_____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

    D.    List all defendants: _____

_____

_____

_____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

_____

    G.    Basic claim made:_____

_____

_____

    H.    Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____

_____

_____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Would Like To Have My Current Court-Appointed Attorney Discharged, And Have A New Attorney Appointed As Soon As practical for the following Reason: My Current Counsel Has failed To Support My Wishes or Address My Concerns, And Been At Least partially Responsible for The Continued Delay's And My Increasing Lack of Confidence In Her. Ms CHristl Has Continually failed To Advance My Interests, And Has failed To provide The Type of Representation Necessary for my Release, I All So Believe That SHe Has Deceived Me By leading Me To Believe That SHe Has filed, or Is In The process of failing several Critical motions, SHe Either Inexperience, or Incompetence, failed To win my Trust And Confidence, By Allowing me To languish In Jail from The Time of my Arrest August 2 2006 By Withheld Information on THe Disposition of my case, In failed To file Any of The Three motion I Have Requested, Even Attempts To contact Her Supervisor —

Revised 9/2007

Ms Debra White About My Concern's Have Failed To produce Any Results, she Has Refused To Answer Some of My questions Concerning My Case, When I tried To file The Motion my self, Instead of Being filed, They were sent To my Attorney which she Refuse To file claiming That my motion Are Irrelevant To my Case, yet My Attorney Claim's That she Ready To Go To Trial Now, I Believe That she Has Deliberately Held up This Case IN Attempt To Get me To plead Guilty To A Crime I did Not Commit, I would Like To State once Again That Im Innocent of The Crime's I Am Accused of, The Chief witness Is Motivated By Revenge Against me, Because of His Arrest, A New lawyer will offer Me A New Chance to prepare my Case, where I will Be Exonerated,

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_I Would like To Have my Current Court- Attorney_

_Discharged And Have A New Attorney Appointed_

VI.    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___10___ day of ___May___, 20_08_

_____
(Signature of plaintiff or plaintiffs)

_Rodney Arnold_
(Print name)

_Rodney Arnold_
(I.D. Number) _200600608883_

_2600 So California Chicago Ill po. Box_
(Address) _089007_   Zip _60608_

6

Revised 9/2007