**PRISONER CASE**

CAT III

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

08CV2834
JUDGE ANDERSEN
MAG. JUDGE KEYS

**Plaintiff(s):** RODNEY ARNOLD

**Defendant(s):** KELLY CHRISTL, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Rodney Arnold
#2006-0060883
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

MAY 1 5 2008

**FILED**

J.N  MAY 1 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham    **Date:** 05/15/2008