MAY 15 2008
FILED
MAY 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV2834
JUDGE ANDERSEN
MAG. JUDGE KEYS

5-10-0

From: Rodney Arnold

To: Whom This Letter May Concern,

I would Like A Copy of The Information I file Because I'm Under Able To Get To The Law Library Do To The Over Crowded of People At The present Time,

Sincerely
Mr. Rodney Arnold # 20060060883
2600 So California Chicago Ill 60608
P.O. Box 089002