**FILED**
JUN 2, 2008
JUN 2 2008  mb
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

5-27-08

To: Office Of
Clerk Of The U.S. District Court prisoner
   Correspondence,
United State Court House
219 South Dearborn Street Chicago Ill 60604,

From: Rodney Arnold 20060060883
   P.O. Box 089002
Chicago Ill 60608.

To: Whom This Letter May Concern,
                         Case No. 08CV2834
       To:   Judge Andersen

Do To Me Being Tranfer To Another part of The Jail Some of My personal property was Lost, I'm Asking That A Copy Be Send To The public Defender office To Ms. Kelly Christ And Ms Debra White At 2650 South California 8 floor As Soon As possible Along With The Judge Gainer At 2600 So California Criminal Court Building Court #302 Along with My Copy In The Next Step I Must Take,

                Thank you
            Rodney Arnold