Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WAYNE R. ANDERSEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2834 | DATE | June 17, 2008 |
| CASE TITLE | Rodney Arnold (#2006-0060883) vs. Kelly Christl, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's change-of-address notice [#6] suggests that he may not have received a copy of the court's Minute Order of May 23, 2008. Accordingly, the clerk is directed to re-mail the plaintiff a copy of that order at his new address, along with an i.f.p. application. On the court's own motion, the plaintiff is granted an additional thirty days from the date of this order either to pay the statutory filing fee or file a properly completed application for leave to proceed *in forma pauperis*. Failure of the plaintiff to comply within thirty days of the date of this order will result in summary dismissal of this case. The plaintiff is reminded that he must provide the court with the original plus a judge's copy of every document filed.

■ [Docketing to mail notices.]

FILED
2008 JUN 18 AM 7:40
CLERK
U.S. DISTRICT COURT

mjm